# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SELENA MOORER, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>CONNECTONCALL.COM LLC,<br><br>　　Defendant. | Case No. 2:24-cv-08574-SJB-JMW |
| PAMELA BERANEK, individually and on behalf of all similarly situated customers,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>CONNECTONCALL.COM LLC,<br><br>　　Defendant. | Case No. 2:24-cv-08584-SIL |
| MARTIN GERBER, Administrator of the Estate of Phyllis Gerber, on behalf of the decedent and all others similarly situated,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>PHREESIA, INC.,<br><br>　　Defendant. | Case No. 2:24-cv-08585-ST |

1

| | |
|---|---|
| MICHAEL LAWSON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CONNECTONCALL.COM, LLC,<br><br>　　　　Defendant. | Case No. 2:24-cv-08615-JMW |
| PAMELA GIARRIZZO, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CONNECTONCALL.COM, LLC,<br><br>　　　　Defendant. | Case No. 2:24-cv-08648-AYS |
| SONDRA WEEKS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>PHREESIA, a Delaware Corporation, and CONNECTONCALL.COM LLC, a wholly-owned subsidiary of PHREESIA,<br><br>　　　　Defendants. | Case No. 2:24-cv-08660-SIL |

| | |
|---|---|
| JAMES DENNIS, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>CONNECTONCALL.COM, LLC AND PHREESIA, INC.,<br><br>　　Defendants. | Case No. 2:24-cv-08736-SIL |
| ANTHONY JONES, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>CONNECTONCALL.COM LLC,<br><br>　　Defendant. | Case No. 2:24-cv-08776-AYS |
| YOCHIA BLEVINS, individually and on behalf of a class of similarly situated individuals,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>CONNECTONCALL.COM, LLC and PHREESIA, INC.,<br><br>　　Defendants. | Case No. 2:24-cv-08790-NRM-JMW |

| | |
|---|---|
| DIANNA DENNY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONNECTONCALL.COM, LLC,<br><br>Defendant. | Case No. 2:24-cv-08828-EK-ST |
| RYAN NOLET, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONNECTONCALL.COM, LLC, and PHREESIA, INC.,<br><br>Defendants. | Case No. 2:25-cv-00067-EK-ARL |

### [PROPOSED] STIPULATION CONCERNING CONSOLIDATION AND APPOINTMENT OF INTERIM CLASS COUNSEL

WHEREAS, on December 16, 2024, the first of 11 proposed class actions was filed against Defendants ConnectOnCall.com, LLC and/or Phreesia, Inc. (collectively, "Defendants") arising out of a cybersecurity incident on certain cloud storage for the ConnectOnCall service between February 16, 2024, and May 12, 2024 (the "Data Breach") in this Court entitled *Moorer v. ConnectOnCall.com, LLC*, No. 2:24-cv-08574-SJB-JMW (E.D.N.Y.);

WHEREAS, on and since the date of that filing, there have been 10 additional cases filed, and, as of the date of this stipulation, there are 11 cases on file arising out of the Data Breach;

WHEREAS, the parties in each of the 11 actions filed to date—*Moorer, Beranek, Gerber, Lawson, Giarrizzo, Weeks, Dennis, Jones*, *Blevins*, *Denny,* and *Nolet*—believe that these cases are

4

related (the "Related Cases") and should be consolidated for pre-trial purposes pursuant to Fed. R. Civ. P. 42 given the substantially similar factual and legal issues in the Related Cases;

WHEREAS, on December 30, 2024, and January 8, 2025, Plaintiffs' counsel in all 11 actions filed to date met and conferred via Zoom, and via email thereafter, and agree that they will be filing applications for the appointment of interim class counsel on behalf of their plaintiffs and the proposed class, pursuant to Fed. R. Civ. P. 23(g), within 5 business days following entry of an Order consolidating the above-captioned related actions;

WHEREAS, Plaintiffs in the Related Cases request that the Court relieve Defendants from responding to the initial complaints filed in the above-captioned actions, and instead set a schedule for the filing of a Consolidated Amended Complaint within 45 days from entry of an Order appointing interim class counsel and for Defendants' responsive pleading deadline be set 45 days from the filing of the Consolidated Amended Complaint;

NOW, THEREFORE, the undersigned parties, through their attorneys and subject to the Court's approval, stipulate and agree to the following:

1. Pursuant to Federal Rule of Civil Procedure 42, the cases *Moorer v. ConnectOnCall.com LLC*, No. 2:24-cv-08574-SJB-JMW (E.D.N.Y.), *Beranek v. ConnectOnCall.com LLC*, No. 2:24-cv-08584-SIL (E.D.N.Y.), *Gerber v. Phreesia, Inc.*, No. 2:24-cv-08585-ST (E.D.N.Y.), *Lawson v. ConnectOnCall.com, LLC*, No. 2:24-cv-08615-JMW (E.D.N.Y.), *Giarrizzo v. ConnectOnCall.com, LLC*, No. 2:24-cv-08648-AYS (E.D.N.Y.), *Weeks v. Phreesia et al*, No. 2:24-cv-08660-SIL (E.D.N.Y.), *Dennis v. ConnectOnCall.com, LLC et al*, No. 2:24-cv-08736-SIL (E.D.N.Y.), *Jones v. ConnectOnCall.com, LLC*, No. 2:24-cv-08776-AYS, *Blevins v. ConnectOnCall.com, LLC et al*, No. 2:24-cv-08790-NRM-JMW (E.D.N.Y.), *Denny v. ConnectOnCall.com, LLC*, No. 2:24-cv-08828-EK-ST (E.D.N.Y.), and *Nolet v.*

*ConnectOnCall.com, LLC, et al*, No. 2:25-cv-00067-EK-ARL are consolidated for all purposes. The *Blevins* case is designated as the lead case. All papers filed in the Consolidated Action shall be filed under Case No. 2:24-cv-08790-NRM-JMW and shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| IN RE CONNECTONCALL DATA BREACH LITIGATION<br><br>This Document Relates To: | Lead Case No.: 2:24-cv-08790-NRM-JMW |
|---|---|

2. All future pleadings, motions, briefs, and other papers shall be filed in Case No. 2:24-cv-08790-NRM-JMW. The clerk is directed to CLOSE Case Nos. 2:24-cv-08574-SJB-JMW, 2:24-cv-08584-SIL, 2:24-cv-08585-ST, 2:24-cv-08615-JMW, 2:24-cv-08648-AYS, 2:24-cv-08660-SIL, 2:24-cv-08736-SIL, 2:24-CV-08776-AYS, 2:24-CV-08828-EK-ST, and 2:25-cv-00067-EK-ARL.

3. All future-filed or transferred actions that are related to the Consolidated Action pursuant to Federal Rule of Civil Procedure 42 in that they are based on the same or similar facts and circumstances shall be consolidated in the Consolidated Action upon stipulation of the parties and the filing of a notice of consolidation.

4. Motions for the appointment of interim class counsel shall be filed within 5 business days following entry of an Order consolidating the above-captioned related actions.

5. Counsel for Plaintiffs and Defendant do not intend to file responses to any motion for the appointment of interim class counsel and therefore briefing on the motions to appoint interim class counsel under Fed. R. Civ. P. 23(g) will be complete upon the filing of those motions.

6.	Defendants agree to waive service and the expense of serving a summons and complaint in the Related Cases. Furthermore, Defendants shall be relieved from responding to the initial complaints filed in the Related Cases until the Court issues an Order on the appointment of interim lead class counsel and Plaintiffs file a Consolidated Amended Complaint.

7.	This stipulation does not constitute a waiver (other than Defendants' waiver of service of the summons and complaint) of any of the parties' other claims, rights, arguments, or defenses, including but not limited to the right to seek a further extension of Defendants' time to answer or otherwise respond to the current Complaints, the anticipated Consolidated Class Action Complaint, or any other pleading filed by Plaintiffs in any of the Related Cases.

8.	The Court hereby sets the following initial case deadlines for the Consolidated Action:

   a.	Plaintiffs' counsel shall file any motions for appointment of interim class counsel no later than 5 business days following entry of an Order consolidating the above-captioned Related Cases;

   b.	Plaintiffs shall file a Consolidated Class Action Complaint no later than 45 days following entry of an Order appointing interim lead class counsel;

   c.	Defendants shall file an answer or otherwise respond to the Consolidated Class Action Complaint within 45 days of the filing of the Consolidated Complaint;

   d.	Plaintiffs shall file an opposition to any motion to dismiss or similar motion filed in response to the Consolidated Class Action Complaint within 45 days of the motion; and

   e.	Defendants shall file a reply in support of any motion to dismiss or similar motion within 28 days of Plaintiffs' opposition.

IT IS SO STIPULATED AND AGREED TO THIS 13th day of January 2025.

| By: | |
|---|---|
| */s/ Katie Viggiani*<br>**MORRISON & FOERSTER LLP**<br>Katie Viggiani<br>Justin Young<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: 212.468.8000<br>Facsimile: 212.468.7900<br>Email: kviggiani@mofo.com<br>Email: justinyoung@mofo.com<br><br>Purvi G. Patel*<br>Christopher Adler*<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, California 90017<br>Telephone: 213.892.5200<br>Facsimile: 212.892.5454<br>Email: ppatel@mofo.com<br>Email: cadler@mofo.com<br><br>*\*application for admission pro hac vice forthcoming*<br><br>**Attorneys for Defendants ConnectOnCall.com, LLC and Phreesia, Inc.** | */s/ Jeff Ostrow*<br>**KOPELOWITZ OSTROW, P.A.**<br>Jeff Ostrow*<br>Steven P. Sukert, NY Bar No. 5690532<br>One West Las Olas Blvd, Suite 500<br>Fort Lauderdale, Florida 33301<br>Telephone: 954.525.4100<br>Facsimile: 954.525.4300<br>Email: ostrow@kolawyers.com<br><br>*\*application for admission pro hac vice forthcoming*<br><br>**Attorneys for Plaintiff Selena Moorer**<br><br>*/s/ Vicki J. Maniatis*<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>Vicki J. Maniatis (NY Bar No. 2578896)<br>405 East 50th Street<br>New York, New York 11530<br>Telephone: 516.491.4665<br>Email: vmaniatis@milberg.com<br><br>Mariya Weekes*<br>201 Sevilla Avenue, 2nd Floor<br>Coral Gables, Florida 33134<br>Telephone: 786.879.8200<br>Facsimile: 786.879.7520<br>Email: mweekes@milberg.com<br><br>*\*application for admission pro hac vice forthcoming*<br><br>**Attorneys for Plaintiff Pamela Beranek** |

|  | /s/ Jason P. Sultzer<br>**SULTZER & LIPARI, PLLC**<br>Jason P. Sultzer<br>Scott E. Silberfein<br>85 Civic Center Plaza, Suite 200<br>Poughkeepsie, New York 12061<br>Telephone: 845.483.7100<br>Email: sultzerj@thesultzerlawgroup.com<br>Email: silberfeins@thesultzerlawgroup.com<br><br>**LEEDS BROWN LAW, P.C.**<br>Jeffrey K. Brown<br>Blake Hunter Yagman<br>One Old Country Road, Suite 347<br>Carle Place, New York 11514<br>Telephone: 516.873.9550<br>Email: jbrown@leedsbrownlaw.com<br>Email: byagman@leedsbrownlaw.com<br><br>*Attorneys for Plaintiff Martin Garber, Administrator of the Estate of Phyllis Gerber*<br><br>/s/ Vicki J. Maniatis<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>Vicki J. Maniatis (NY Bar No. 2578896)<br>100 Garden City Plaza, Suite 500<br>Garden City, New York 11530<br>Telephone: 866.252.0878<br>Facsimile: 212.868.1229<br>Email: vmaniatis@milberg.com<br><br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>J. Gerard Stranch, IV*<br>Grayson Wells*<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>Telephone: 615.254.8801<br>Email: gstranch@stranchlaw.com<br>Email: gwells@stranchlaw.com<br><br>*\*application for admission pro hac vice forthcoming*<br><br>*Attorneys for Plaintiff Michael Lawson* |
|---|---|

9

|  | /s/ Courtney Maccarone<br>**LEVI & KORSINSKY LLP**<br>Courtney Elizabeth Maccarone<br>33 Whitehall Street, 17th Floor<br>New York, New York 10004<br>Telephone: 212.363.7500<br>Email: cmaccarone@zlk.com<br><br>***Attorneys for Plaintiff Pamela Giarrizzo***<br><br>/s/ Gary E. Mason<br>**MASON LLP**<br>Gary E. Mason (NY Bar No. 2163467)<br>Danielle L. Perry*<br>Lisa A. White*<br>5335 Wisconsin Avenue, NW, Suite 640<br>Washington, DC 20015<br>Telephone: 202.429.2290<br>Email: gmason@masonllp.com<br>Email: dperry@masonllp.com<br>Email: lwhite@masonllp.com<br>*application for admission pro hac vice forthcoming*<br><br>***Attorneys for Plaintiff Sondra Weeks***<br><br>/s/ Gary F. Lynch<br>**LYNCH CARPENTER, LLP**<br>Gary F. Lynch<br>1133 Penn Avenue<br>Pittsburgh, Pennylvania 15222<br>Telephone: 412.322.9243<br>Facsimile: 412.231.0246<br>Email: gary@lcllp.com<br><br>***Attorneys for Plaintiff James Dennis*** |
|---|---|

*/s/ David S. Almeida*
**ALMEIDA LAW GROUP LLC**
David S. Almeida (NY Bar No. 3056520)
Elena A. Belov (NY Bar No. 4080891)
849 W. Webster Ave.
Chicago, Illinois, 60614
Telephone: 708.437.6476
Email: david@almeidalawgroup.com
Email: elena@almeidalawgroup.com

*Attorneys for Plaintiff Anthony Jones*

*/s/ Lori G. Feldman*
**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Telephone: 917.983.9321
Email: lfeldman@4-justice.com
Email: eservice@4-justice.com

*Attorneys For Plaintiff Yochia Blevins*

*/s/ Megan E. Shannon*
**FEGAN SCOTT LLC**
Jonathan D. Lindenfeld
305 Broadway, 7th Floor
New York, NY 10007
Telephone: 332.216.2101
Facsimile: 312.264.0100
Email: jonathan@feganscott.com

Elizabeth A. Fegan
Megan E. Shannon
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
Telephone: 312.741.1019
Facsimile: 312.264.0100
Email: beth@feganscott.com
Email: megan@feganscott.com

*Attorneys for Plaintiff Dianna Denny*

|  | */s/ James Pizzirusso*<br>**HAUSFELD LLP**<br>James Pizzirusso<br>888 16th Street, NW, Ste 300<br>Washington, DC 20006<br>Telephone: 202.540.7200<br>Facsimile: 202.540.7148<br>Email:  jpizzirusso@hausfeld.com<br><br>Steven M. Nathan<br>33 Whitehall Street, 14th Floor<br>New York, New York 10004<br>Telephone: 646-357-1194<br>Facsimile: 212-202-4322<br>Email:  snathan@hausfeld.com<br><br>***Attorneys for Plaintiff Ryan Nolet*** |
|---|---|

IT IS SO ORDERED:

Dated _____, 2025          _____

                                                                             The Honorable Nina R. Morrison
                                                                             United States District Court Judge